IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. GRAPHITE ELECTRODE SALES, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 13-474 |
| v. | ) ) | |
| AMERI-SOURCE HOLDINGS, INC., AMERI-SOURCE SPECIALTY PRODUCTS, AMERI-SOURCE INTERNATIONAL, INC. AMERI STEEL INC. SMC, INC., SPECIAL MACHINING COMPANY, AMERI-SOURCE ENGINEERING INDIA PRIVATE LTD., TOM DIENER, and AJAY GOEL, | ) ) ) ) ) ) ) ) ) ) | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |
| Defendants. | ) | |

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1.   The Relator's Complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order will be unsealed on Monday, February 22, 2016;

2.   All other papers or Orders on file in this matter shall remain under seal;

3.   The seal shall be lifted on all other matters occurring in this action after Monday, February 22, 2016;

IT IS SO ORDERED,


/s/ Joy Flowers Conti
_____
UNITED STATES DISTRICT JUDGE

Dated:   February 19, 2016
        _____

cc:    Paul E. Skirtich, Assistant U.S. Attorney
       Christelle Klovers, Trial Attorney, U.S. Department of Justice
       John J. Myers, Esquire
       James F. Barger, Jr., Esquire